# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JESSICA BELTRAN,**

        **Plaintiff,**

**-vs-**                                  **Case No. 6:13-cv-234-Orl-28DAB**

**MEDCURE, INC.,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Dismiss Amended Counterclaim (Doc. No. 26) filed May 21, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 2, 2013 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Dismiss Amended Counterclaim (Doc. No. 26) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23rd day of July, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record