# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JESSICA BELTRAN,

          **Plaintiff,**

-vs-                              **Case No.  6:13-cv-234-Orl-28DAB**

MEDCURE, INC.,

          **Defendant.**

_____

# ORDER

The parties have notified the Court that they have settled this matter (Doc. 50).  In accordance with the Scheduling Order, to the extent the parties desire a fairness finding under *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1354-55 (11th Cir. 1982), the parties shall file a joint motion for approval of the settlement, with sufficient information for the Court to evaluate all of the terms, including attorneys fees, by **October 31, 2013.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 15, 2013.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record